JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE ABGHARI, JALEH TADJDEH, | 2:05-cv-01210-FMC |
| Plaintiffs, | **JUDGMENT** |
| vs. | |
| ERIC H. HOLDER, JR.,* Attorney General of the U.S.; MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; Donald W. Newfeld, Director of the U.S. Citizenship and Immigration Services, California Service Center; and JANE ARELLANO, Director of the U.S. Citizenship and Immigration Services, Los Angeles District Office, | |
| Defendants. | |

This matter came before the Court on Plaintiffs' Request for De Novo Hearing after denial of their naturalization applications. Plaintiffs were represented by Maurice C. Inman, Jr., Inman and Associates, and Defendants were represented by Thomas P. O'Brien, United States Attorney; by Leon W.

---

* Pursuant to Fed. R. Civ. P. 25(d), Eric H. Holder, Jr., the current Attorney General of the United States is substituted for Alberto Gonzales, formerly Attorney General.

Weidman, Assistant United States Attorney, Chief, Civil Division; and by Sara R. Robinson-Glasser, Assistant United States Attorney.

The Court, having considered all of the written submissions and arguments of the parties and having heretofore issued its written opinion and Order of February 9, 2009, and good cause appearing therefor, hereby makes its judgment, and orders such judgment to be entered as follows:

1. Plaintiffs were admitted to the United States as permanent residents on a conditional basis;
2. The conditions on Plaintiffs' permanent residence have not been removed; and
3. The Court cannot find, as a matter of law, that the USCIS is obligated to approve a naturalization application before the conditions have been removed from an applicant's status.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered against Plaintiffs and in favor of Defendant.

Dated: February 19, 2009.

FLORENCE-MARIE COOPER, JUDGE
UNITED STATES DISTRICT COURT